UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>JEFFREY SCOTT RANSLOW,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:22-cr-00171-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE |

　　　　This matter comes before the Court on Defendant Jeffrey Ranslow's motion to amend the conditions of release set forth in the Appearance Bond signed by Magistrate Judge Michelle L. Peterson on March 23, 2023, Dkt. No. 7, by removing the requirements that Mr. Ranslow participate in a location monitoring program and comply with a curfew as required by the location monitoring specialist, Dkt. No. 15. The Government and Mr. Ranslow's supervising probation officer have indicated that they do not oppose the motion. *Id.* at 1.

　　　　Having considered the materials submitted in support of the motion, as well as the balance of the record, the Court hereby GRANTS this motion. Dkt. No. 15.

ORDER GRANTING UNOPPOSED - 1

The Court ORDERS that the terms of Mr. Ranslow's conditions of release, Dkt. No. 7, are modified. The first paragraph under "Other Special Conditions," which currently reads:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

is removed.

All the other conditions of Mr. Ranslow's release set forth in Docket Number 7 remain in full force and effect.

Dated this 6th day of June, 2023.

*Lauren King*

Lauren King
United States District Judge